934

Appeal No. 75-296. BERTHA D. EVANS, *individually and on behalf of John J. Evans, III, and Nicole Evans. v.* FRANK LIGUORI *et al.* Motion of plaintiff to file a supplemental brief is granted. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler, Howard I. Lipsey, Jordan Stanzler,* for plaintiff. *Frank S. Cappuccio, Hanson, Curran, Bowen & Parks, David P. Whitman,* for defendants.

Appeal No. 75-300. MONIQUE CAPWELL *et al. v.* TOWN OF COVENTRY *et al.* Motion of plaintiffs to dismiss the appeal is denied without prejudice to raising this issue at oral argument. The plaintiffs' motion for special assignment is denied. *Frank J. Williams, Robert A. Goldberg,* for plaintiffs. *Arnold N. Montaquila,* Town Solicitor, for defendants.

Appeal No. 75-336. SHIRLEY ANN RENAUD *v.* ERROL R. RENAUD. Motion of the petitioner to affirm the judgment below pursuant to Rule 16(g) is denied. *James Cardono,* for petitioner. *Kirshenbaum Law Offices, Inc., Allen M. Kirshenbaum,* for respondent.

Appeal No. 76-6. ERNEST P. ARDENTE *v.* WILLIAM A. HORAN AND KATHERINE L. HORAN. Motion of the defendants to affirm the judgment below pursuant to Rule 16(g) is denied. *Manning, West, Santaniello & Pari, Joseph T. Pari,* for plaintiff. *Moore, Virgadamo, Boyle & Lynch, Ltd., Jeremiah C. Lynch, Jr., Joseph R. Palumbo, Jr.,* for defendants.

Appeal No. 76-37. JANICE SNOW *v.* GEORGE MUMFORD, SR. Motion of plaintiff to dismiss the defendant's appeal is granted. The defendant's motion to strike the appearance of the attorney general is denied as being moot. *Julius C. Michaelson,* Attorney General, *Harold E. Krause, Jr.,* Special Asst. Attorney General for plaintiff. *Aram K. Berberian,* for defendant.

Appeal No. 76-95. IN RE: EDWARD PELOQUIN. Motion of petitioner for appointment of an attorney is denied. *Edward Peloquin, petitioner,* pro se.